FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BOB McCOY
BILL MEIER
LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

February 6, 2014

Timothy T. Mitchell
4422 Ridgeside Dr
Dallas, TX 75244-7521

Hon. Susan H. McCoy
Judge, 153rd District Court
Tim Curry Criminal Justice Center
401 W. Belknap St.
Fort Worth, TX 76196-0225
* DELIVERED VIA E-MAIL *

Scott M. Garelick
McElree & Smith, P.C.
600 N. Pearl St., Ste. 1600
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Hon. Jeff Walker
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap, 5th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Civil District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap St., 3rd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Arjana Muhametaj
2221 Murphy Dr., Apt. 2115
Bedford, TX 76021
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-13-00398-CV
        Trial Court Case Number:   153-265909-13

Style:  Arjana Muhametaj, d/b/a Little Brothers Family Restaurant, a/k/a Family
        Restaurant;
        v.
        Northern Trust Bank of California, N.A. and Bruce R. McAllister et al.

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

A copy of the opinion and judgment can be viewed on our Court's webpage at: http://www.2ndcoa.courts.state.tx.us/.

Respectfully yours,

FILE COPY

DEBRA SPISAK, CLERK